UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-03052-SVW-MAA | Date | June 5, 2025 |
|---|---|---|---|
| Title | New York Life Insurance and Annuity Corporation et al v. Leanna Marie Sharp et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**    IN CHAMBERS ORDER DISMISSING ACTION

    The Court, on May 27, 2025, issued an order for distribution of death benefits. The case is ordered DISMISSED.

| | : |
|---|---|
| Initials of Preparer | PMC |